# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEMCAP LENDING I, LLC,**<br>Plaintiff,<br>vs.<br>**UNITY BANK MINNESOTA, ET AL.,**<br>Defendants. | CASE NO. 18-cv-05979-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. No. 20 |

On December 7, 2018, defendant George Van Buren filed a motion to be dismissed from the above-captioned case for (1) lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and (2) plaintiff's failure to secure pre-filing approval to sue Van Buren as a receiver pursuant to Federal Rule of Civil Procedure 12(b)(1). (Dkt. No. 20 ("Motion to Dismiss").) The matter was heard on February 5, 2019. Having carefully considered the papers submitted and the pleadings in this action, and the hearing held on February 5, 2019, and for the reasons stated on the record at the hearing, the Court **ORDERS** as follows:

- Van Buren's Motion to Dismiss is **GRANTED**.
- Plaintiff's request for leave of court to conduct jurisdictional discovery regarding Van Buren, (*see* Dkt. No. 25 at 4), is **DENIED**.

In addition, a Case Management Conference as to defendants Hower and Unity Bank Minnesota shall be set for **Monday, March 4, 2019** at **2:00 p.m.** in the Federal Building, 1301 Clay Street, Oakland, California in Courtroom 1. A Clerk's notice setting that date will be issued.

This Order terminates Docket Number 20.

**IT IS SO ORDERED.**

Dated: February 6, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**