John Swenson, Esq. (SBN 224110)
jswenson@scalilaw.com
Jade Jurdi, Esq. (SBN 273401)
jjurdi@scalilaw.com
SCALI RASMUSSEN
A Professional Corporation
800 Wilshire Boulevard, Suite 400
Los Angeles, CA 90017
Telephone:  213.239.5622
Facsimile:  213.239.5623

Attorneys for Defendant
ROBERT HOWER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEMCAP LENDING I, LLC,<br><br>        Plaintiff,<br><br>        vs.<br><br>UNITY BANK MINNESOTA, ROBERT HOWER, GEORGE VAN BUREN,<br><br>        Defendants. | Case No. 4:18-cv-05979<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF JOHN SWENSON IN SUPPORT OF DEFENDANT ROBERT HOWER'S FEE MOTION**<br><br>[Filed concurrently with Defendant Robert Hower's Motion for Fees and Costs, Declarations of Jade Jurdi and Zachary Hoffman in Support Thereof and Proposed Decision]<br><br>Complaint Filed:   September 28, 2018 |

///

///

///

///

---

DECLARATION OF JOHN SWENSON IN SUPPORT OF DEFENDANT ROBERT HOWER'S MOTION FOR FEES AND COSTS

00172513.5

# DECLARATION OF JOHN SWENSON

I, John Swenson, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and a Partner with Scali Rasmussen, PC, counsel of record for Defendant Robert Hower in the above captioned action. I have personal knowledge of all facts stated herein and if called upon to do so, could and would testify competently thereto. This declaration is submitted in support of Defendant Robert Hower's motion for fees and costs.

## Meet and Confer on Fees

2. I had scheduled a telephonic meet and confer with opposing counsel regarding the fee motion for May 30, 2019, as opposing counsel was not available earlier in that week. Following the exchange of email correspondence on May 28th which included amounts expended by each of myself, Jade Jurdi, and Zachary Hoffman, at each stage of the relevant motion practice, and legal precedent supporting Robert Hower's position, and further email correspondence with opposing counsel on May 29 and 30, 2019, opposing counsel declined to participate in a telephonic meet and confer on May 30, 2019.

## Background and Experience

3. I have over 16 years of experience as a litigator. I graduated from the University of Minnesota Law School in 1996, and St. Olaf's College in 1990. At Scali Rasmussen, PC, my clients have ranged from individuals such as Mr. Hower, to Fortune 500 companies.

## Hourly Rate

4. Mr. Hower is seeking the application of the Laffey Matrix for the determination of my hourly rate. I reviewed a copy of the Laffey Matrix for years 2015 to 2019, which my colleague Jade Jurdi downloaded from the U.S. Department of Justice website at https://www.justice.gov/usao-dc/file/796471/download on May

1  24, 2019, a true and correct copy of which is attached to the motion for fees and costs
2  as Exhibit A.  Pursuant to the application of the Laffey Matrix rates, my requested rate
3  is $544 an hour.

4        5.      During my time at my current firm, Scali Rasmussen P.C., my rate on
5  matters has been as high as $550 an hour, though I am currently billing on the above
6  captioned matter at the rate of $465 an hour.  Prior to joining Scali Rasmussen PC, I
7  was employed by Steptoe & Johnson.  I left Steptoe & Johnson in January 2015 to join
8  Scali Rasmussen.  While at Steptoe & Johnson I also billed at a rate of $550 an hour.

9  <u>Manner in Which Time is Recorded</u>

10        6.      In all of my matters, including the above captioned matter, I
11  contemporaneously record my time in tenths of an hour in a computer based, legal
12  billing program by the name of "Tabs."  I typically record my time contemporaneously
13  throughout the day, though when out of the office for work I may record my time at
14  the end of the day or the following morning.

15  <u>Work in Connection with the Anti-SLAPP Motion</u>

16        a.   <u>Drafting of the motion papers.</u>

17        7.      I spent 14.2 hours working on the motion papers, including conducting a
18  factual investigation, reviewing and approving the legal reasoning that formed the
19  basis of the motion papers, reviewing and revising the motion papers once written, and
20  communicating with the client regarding the motion process and legal strategy.  My
21  factual investigation included reviewing the hearing transcript of the Hawaii Court and
22  working with the client and others to ascertain relevant facts and locate relevant
23  evidence.

24        b.   <u>Drafting of the reply papers.</u>

25        8.      I spent a total of 7 hours working on the papers filed in reply to Plaintiff's
26  opposition, including analyzing the arguments made in the opposition, reviewing and
27  approving the legal reasoning and strategy that formed the basis of the reply papers,
28

reviewing and revising the reply brief and objections once written, and communicating with the client regarding the opposition and the reply.

   c. <u>Preparing for oral argument on the anti-SLAPP motion.</u>

 9. I spent a total of 5.8 hours preparing for oral argument, including reviewing the relevant pleadings and case law.

   d. <u>Attending oral argument for the anti-SLAPP motion.</u>

 10. I spent a total of 9.2 hours in connection with oral argument. That includes 6.3 hours to travel between Los Angeles and the location of oral argument, 1.3 hours to attend oral argument and communicate with the client after the hearing, and 1.6 hours following oral argument to lodge the documents requested by the Court, and for further follow-up communications with the client about what occurred at oral argument.

   e. <u>Reviewing the Court's order on the Anti-SLAPP Motion and drafting the Motion for Fees.</u>

 11. I spent 3.4 hours reviewing the Court's order on the anti-SLAPP motion, discussing the same with the client, reviewing and revising the fee motion and supporting evidence, and meeting and conferring with Plaintiff's counsel on fees.

   f. <u>Anticipated time in connection with reply in support of motion for fees, preparing for oral argument, and attending oral argument.</u>

 12. I anticipate spending 2 hours reviewing and revising a reply in support of the motion for fees.

 13. I anticipate spending 2 hours preparing for oral argument on the fee motion.

 14. I anticipate that I will incur the same amount of time to travel to the hearing and attend the hearing on the fee motion, as I did with regard to the hearing on the anti-SLAPP motion, which is a total of 7.6 hours.

///

- 4 -
DECLARATION OF JOHN SWENSON IN SUPPORT OF DEFENDANT ROBERT HOWER'S MOTION FOR FEES AND COSTS

00172513.5

g. <u>Costs incurred in connection with the anti-SLAPP motion.</u>

15. I traveled by air to attend the anti-SLAPP hearing from Los Angeles, California. The total cost of the air travel was $359.96. The cost of my air travel was billed to the client.

16. I traveled from Oakland Airport to the Courthouse in Oakland, and back from the Courthouse to the Oakland Airport, using a rideshare service. The total cost of both trips was $44.74. The cost of the ride share service was billed to the client.

h. <u>Summary of fees and costs incurred.</u>

17. The following is a summary of the fees and costs discussed in the foregoing paragraphs of my declaration:

| Drafting of the Motion | | | |
|---|---|---|---|
| | Hours | Laffey Fees | Billed Fees |
| Partner Swenson | 14.2 | $7,724.80 | $6,603.00 |

| Review of the Opposition and Supporting Evidence, and Drafting of Reply and Objections to Evidence | | | |
|---|---|---|---|
| | Hours | Laffey Fees | Billed Fees |
| Partner Swenson | 7 | $3,808.00 | $3,255.00 |

| Preparing for Oral Argument | | | |
|---|---|---|---|
| | Hours | Laffey Fees | Billed Fees |
| Partner Swenson | 5.8 | $3,155.20 | $2,697.00 |

- 5 -
DECLARATION OF JOHN SWENSON IN SUPPORT OF DEFENDANT ROBERT HOWER'S MOTION FOR FEES AND COSTS
00172513.5

| Attending Oral Argument | | |
|---|---|---|
| | Hours | Laffey Fees | Billed Fees |
| Partner Swenson | 9.2 | $5,004.80 | $4,278.00 |

| Drafting the Fee Motion and Supporting Evidence Following Review of the Court's Order, and Meeting and Conferring on Fees | | |
|---|---|---|
| | Hours | Laffey Fees | Billed Fees |
| Partner Swenson | 3.4 | $1,849.60 | $1,581.00 |

| *Anticipated Time:* Review of the Opposition and Drafting of Reply In Support of Motion on Fees | | |
|---|---|---|
| | Hours | Laffey Fees | Billed Fees |
| Partner Swenson | 2 | $1,088.00 | $930.00 |

| *Anticipated Time:* Preparing for Oral Argument | | |
|---|---|---|
| | Hours | Laffey Fees | Billed Fees |
| Partner Swenson | 2 | $1,088.00 | $930.00 |

| *Anticipated Time:* Attending Oral Argument for Motion on Fees | | |
|---|---|---|
| | Hours | Laffey Fees | Billed Fees |

| Partner Swenson | 7.6 | $4,134.40 | $3,534.00 |

| Summary of Costs | |
|---|---|
| | Cost |
| Ground Transportation between Airport and Courthouse for Anti-SLAPP Motion Hearing | $44.74 |
| Airfare for Anti-SLAPP Motion Hearing | $359.96 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this third day of June, 2019, in Los Angeles, California.

_____
John Swenson