# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEMCAP LENDING I, LLC,** | CASE NO. 18-cv-05979-YGR |
| Plaintiff, | |
| vs. | **ORDER DENYING MOTION TO DISMISS** |
| | Re: Dkt. No. 87 |
| **UNITY BANK MINNESOTA, ET AL.,** | |
| Defendants. | |

Defendant Robert Hower filed a motion to dismiss the second amended complaint on October 1, 2019. (Dkt. No. 87.) Plaintiff GemCap Lending I, LLC filed an opposition thereto on October 15, 2019. (Dkt. No. 94.) On October 22, 2019, defendant Hower filed a reply. (Dkt. No. 96.) Defendant Unity Bank Minnesota filed joinders to the motion and reply on October 1, 2019 and October 22, 2019, respectively. (Dkt. Nos. 89, 97.)

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record on November 5, 2019, the Court **DENIES** defendant Hower's motion to dismiss.

This Order terminates Dkt. No. 87.

**IT IS SO ORDERED.**

Dated: November 12, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**