1  NOSSAMAN LLP
   DAVID C. LEE (SBN 193743)
2  dlee@nossaman.com
   ALEX WESTERFIELD (SBN 295676)
3  awesterfield@nossaman.com
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Telephone:   415.398.3600
5  Facsimile:   415.398.2438

6  Attorneys for Plaintiff GEMCAP LENDING I, LLC

7
8
9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA

11 | GEMCAP LENDING I, LLC,                          | Case No: 4:18-cv-05979-YGR
12 |          Plaintiff,                             | [PROPOSED] ORDER DISMISSING SECOND AMENDED COMPLAINT
13 |     vs.                                         |
14 | UNITY BANK Minnesota, Robert Hower,             | Date Action Filed: September 28, 2018
   | George Van Buren,                               |
15 |                                                 |
   |          Defendants.                            |
16

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Plaintiff GemCap Lending I, LLC's ("GemCap") Notice of Voluntary Dismissal, GemCap's Second Amended Complaint (Docket No. 86) is dismissed with prejudice. This terminates this case.

Date: __March 24__, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**